UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-21965-Civ-SCOLA/TORRES

RAUL CAMACHO, JR.,

  Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

  Defendant.
_____/

## REPORT AND RECOMMENDATION

  This matter is before the Court on a *sua sponte* review of the record and Raul Camacho, Jr.'s ("Plaintiff") complaint against the Commissioner of Social Security. On June 20, 2019, the Court granted Plaintiff's motion for leave to proceed *in forma pauperis* [D.E. 6], directing him to file the appropriate summonses on the docket and to identify the parties to be served as per Rule 4.  However, almost two years later, Plaintiff has failed to file anything in this case other than a notice of an address change.  [D.E. 8-9].  On February 16, 2021, the Court issued an order to show cause because Plaintiff had failed to file any summonses or take any other action to litigate his claims.  The Court ordered Plaintiff to show cause on or before March 2, 2021 on why this case should not be dismissed for a failure to litigate. [D.E. 10].

  Having now reviewed the record again, the time for Plaintiff to show cause has passed and Plaintiff has still failed to explain why this case should not be

dismissed for a failure to litigate. Plaintiff has taken no action in this case since December 3, 2020 and the case has remained static since that time. Because Plaintiff has failed to show cause or take any other action to prosecute his claims and the time to do so has long since passed, Plaintiff's complaint should be **DISMISSED** and this action should be **CLOSED**.

Pursuant to Local Magistrate Rule 4(b) and Fed. R. Civ. P. 73, the parties have fourteen (14) days from service of this Report and Recommendation within which to file written objections, if any, with the District Judge. Failure to timely file objections shall bar the parties from *de novo* determination by the District Judge of any factual or legal issue covered in the Report *and* shall bar the parties from challenging on appeal the District Judge's Order based on any unobjected-to factual or legal conclusions included in the Report. 28 U.S.C. § 636(b)(1); 11th Cir. Rule 3-1; *see, e.g., Patton v. Rowell,* 2017 WL 443634 (11th Cir. Feb. 2, 2017); *Cooley v. Commissioner of Social Security,* 2016 WL 7321208 (11th Cir. Dec. 16, 2016).

**DONE AND SUBMITTED** in Chambers at Miami, Florida, this 8th day of March, 2021.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge