United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Raul Camacho, Jr., Plaintiff, ) <br> ) <br> v.  ) <br> ) <br> Commissioner of Social Security, ) <br> Nancy A. Berryhill, Defendant. ) | Civil Action No. 19- 21965 -Civ-Scola |

### Order Dismissing Case

Previously, on February 16, 2021, United States Magistrate Judge Edwin G. Torres entered an order for Plaintiff Raul Camacho, Jr., to show cause. (Order, ECF No. 10.) Judge Torres noted, in his order, that he had previously, on June 20, 20219, directed Camacho to file the appropriate summonses on the docket and to identify the parties to be served as per Rule 4. As Judge Torres pointed out, though, Camacho has not done so and nearly two years have gone by. Accordingly, Judge Torres ordered Camacho to show cause, by March 2, why his case should not be dismissed for his failure to litigate. Camacho has not responded and the time to do so has passed. Judge Torres has now entered a report, recommending that the Court dismiss Camacho's case. (Rep. & Rec., ECF No. 11.)

A district court may dismiss a case, on its own initiative, if a plaintiff abandons his prosecution of the suit. *Compare* Fed. R. Civ. P. 41(b) *with Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962). Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link*, 370 U.S. at 630–31.

The Court agrees with Judge Torres and finds Camacho has abandoned his prosecution of this matter. Based on Camacho's failure to either prosecute his case or respond to Judge Torres's order to show cause, the Court finds it unnecessary to allow Camacho time to object. The Court, therefore, **adopts** Judge Torres's report and recommendations (**ECF No. 11**), **dismisses** this case **without prejudice**, and directs the Clerk of the Court to **close** the matter. Any pending motions are denied as moot.

A copy of this order will be forwarded via U.S. mail to any pro se litigant

who has not provided the Court with an email address.

**Done and ordered** in chambers at Miami, Florida on March 8, 2021.

_____
Robert N. Scola, Jr.
United States District Judge